NO. 07-01-0095-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JANUARY 5, 2004



______________________________




EX PARTE TITUS TERRANCE HICKS



_________________________________


 

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY, TEXAS


NO. 32,123; HONORABLE LEE WATERS, JUDGE


_________________________________





Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 On March 14, 2001, the clerk of this court received a copy of a Notice of Appeal by
which appellant Titus Terrance Hicks, acting pro se, appealed from an order in cause
number 32,123 in the 223rd District Court of Gray County. The filing fee was not paid. By
letter dated June 14, 2001, the appellate clerk advised appellant that a filing fee had not
been received. See Tex. R. App. P. 5. The clerk's letter likewise advised that failure to
pay the filing fee would subject the appeal to dismissal. See Tex. R. App. P. 42.3. 

 The filing fee has not been paid. A brief has not been filed nor any other action
taken by appellant to prosecute the appeal. 


 The appeal is dismissed. See Tex. R. App. P. 42.3.


 Phil Johnson

 Chief Justice